FILED

Dec 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  Jessica Nall (State Bar No. 215149)
   Jessica.Nall@bakermckenzie.com
2  James Allison (State Bar No. 319204)
   jallison@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant RANDY LEE WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-19-0715-2 |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE BAIL REVIEW HEARING** |
| vs. | |
| RANDY LEE WALKER, | Judge: Hon. Thomas Hixson |
| Defendant. | Date: December 29, 2020 |
| | Time: 3 pm |
| | Trial Date: TBD |

Defendant, Randy Lee Walker, by and through his counsel of record hereby requests an order continuing his bail review hearing currently set by the Court on December 29, 2020, so that he may be present via telephone or videoconference for the hearing.

Mr. Walker currently has no way of contacting the Court or his attorneys and is unable to appear in person because of COVID. His counsel requests the Court reschedule the bail review hearing for Thursday, January 7, 2021 at 2 pm.

The government and Pretrial Services do not oppose rescheduling the hearing.

Accordingly, the parties agree and stipulate that Mr. Walker's bail review hearing should

//

//

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Stipulation and Proposed Order to Continue Initial Hearing - Case No. CR-19-0715 MAG

38292\13852273.1

1  be rescheduled for January 7, 2021 at 2 pm.

2  Dated:  December 29, 2020              FARELLA BRAUN + MARTEL LLP

4                                          By:   /s/ James Allison
                                                 James Allison

                                          Attorneys for Defendant RANDY LEE WALKER

7  Dated:  December 29, 2020              UNITED STATES ATTORNEY, Northern District of California

9                                          By:   /s/ (by Casey Boome)
                                                 Ross Weingarten, AUSA

                                          Attorneys for Plaintiff UNITED STATES OF AMERICA

## ~~PROPOSED~~ ORDER

By stipulation of the parties, and for good cause shown, it is hereby ORDERED that defendant Randy Lee Walker's bail review hearing shall be continued and rescheduled for Thursday, January 7, 2021 at 2 pm. by Zoom Video Conference.

DATED: December 29, 2020

                                                          _____
                                                          Hon. Thomas S. Hixson
                                                          United States Magistrate Judge